AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FREDDIE LEWIS IRVIN,

    Plaintiff,

v.

JEFF COLEMAN, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: MC219-9

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 17th day of February 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Order of the Court. Therefore, Plaintiff's motion for temporary restraining order and motion for leave to proceed in forma pauperis are DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: Feby 17, 2021

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020